UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BEAZER HOMES CORP., ) | C.A. NO.:  4:10-cv-02419-RBH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HARTFORD FIRE INSURANCE COMPANY, ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE ) | |
| COMPANY, NGM INSURANCE COMPANY, ) | **CONSENT ORDER ON** |
| AMERICAN EMPIRE SURPLUS LINE ) | **AMERICAN EMPIRE SURPLUS** |
| INSURANCE COMPANY, CLARENDON ) | **LINE INSURANCE COMPANY'S** |
| AMERICA INSURANCE, USF INSURANCE ) | **OBLIGATION TO PRODUCE** |
| COMPANY,  ALEA LONDON, LTD, CERTAIN ) | **UNDERWRITING FILE** |
| INTERESTED UNDERWRITERS AT LLOYD'S ) | |
| LONDON, CINCINNATI INSURANCE ) | |
| COMPANY, DISCOVER PROPERTY & ) | |
| CASUALTY INSURANCE  COMPANY, ESSEX ) | |
| INSURANCE COMPANY, SCOTTSDALE ) | |
| INSURANCE COMPANY, SELECTIVE ) | |
| INSURANCE COMPANY OF SOUTH ) | |
| SOUTH CAROLINA, UNION INSURANCE ) | |
| COMPANY and WESTERN WORLD ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This Court's Order dated December 13, 2012 (Order) required, among other things, that American Empire Surplus Lines Insurance Company (American Empire) produce certain underwriting files from 2004-present. Due to a settlement agreement reached in principle between American Empire and Beazer Homes Corp. (Beazer), Beazer agrees to grant American Empire an open-ended extension on its obligation to produce said underwriting files, including the associated privilege log, if any.

Should the settlement between American Empire and Beazer not be finalized for whatever reason, Beazer will provide American Empire fifteen (15) days written notice to

produce the above-mentioned underwriting files and privilege log, if any, and American Empire will produce said materials pursuant to the Order.

**IT IS SO ORDERED.**

s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Dated: January 17, 2013
Florence, South Carolina

WE CONSENT:

McCULLOUGH KHAN, LLC

s/Clayton B. McCullough
Clayton B. McCullough, Esquire, Fed ID#7120
68 ½ Queen Street
Charleston, SC 29401
843.937.0400
clay@mklawsc.com

Kyle P. Seedorf, Esquire
Linda J. Knight, Esquire
Taylor Anderson, LLP
1331 Seventeenth St, Ste 1050
Denver, CO 80202
T: 303.551.6653
kseedorf@talawfirm.com
lknight@talawfirm.com

**COUNSEL FOR DEFENDANT AMERICAN EMPIRE SURPLUS LINES INSURANCE COMPANY**

        s/L. Franklin Elmore
        L. Franklin Elmore, Esquire, Fed ID#718
        Elmore Goldsmith, PA
        Post Office Box 1887
        Greenville, SC 29602
        T: 864.255.9500
        felmore@goldsmith.com

        Sharon A. Huerta (Cal. State Bar #186998)
        Scott A. Davis (Cal. State Bar #254127)
        Koeller, Nebeker, Carlson & Haluck, LLP
        225 Broadway, Suite 2100
        San Diego, CA 92101
        T: 619.233.1600

        **COUNSEL FOR PLAINTIFF**